UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     KEITH S. MADOW                    :     CHAPTER 7

      DEBTOR

                                                                         :     BKY. NO. 14-14290

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtors have filed with the Court a MOTION TO REOPEN CASE

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 1, 2017, you or your attorney must do one or all of the following:

(a) file an answer explaining your position at the following address:

    **Clerk U.S. Bankruptcy Court**
    **900 Market Street Suite 400**
    **Philadelphia, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:

    **Michael H. Kaliner, Esq.**
    **Adelstein & Kaliner, LLC**
    **350 S. Main Street, Ste. 105**
    **Doylestown, PA 18901**
    **Phone: 215 230-4250**

2. If you or your attorney do not take the steps described in paragraphs i(a) and i(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before Honorable Stephen Raslavich on June 28, 2017 at 1:30 pm Courtroom No. 4, Second Floor, United States Bankruptcy Court, 900 Main Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph i(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find whether the hearing has been canceled because no one filed an answer.

Dated: May 18, 2017