UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    KEITH S. MADOW    :    CHAPTER 7

DEBTOR

: BKY. NO. 14-14290

## CERTIFICATE OF NO RESPONSE

Michael H. Kaliner, Esq., Attorney for Debtor, hereby certifies that he has not been served with any Answer to the Motion to Reopen Case within the time limits set forth in the Notice

/s/Michael H. Kaliner,
Attorney for Movant
Michael H. Kaliner, Esq.
ADELSTEIN & KALINER, LLC
350 S. Main Street, Suite 105
Doylestown, PA 18901
215-230-4250