UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     KEITH S. MADOW                    :     CHAPTER 7

DEBTOR

                                           :     BKY. NO. 14-14290

## ORDER

AND NOW, this day _____ of _____ , 2017, upon consideration of Debtor's Motion to Reopen Case,

**IT IS HEREBY ORDERED** the above captioned case is reopened for the purpose of entertaining a Motion for Contempt for Violating the Discharge Order and after the Motion has been approved and enforced, the case shall be Reclosed.

**Dated: June 29, 2017**

_____
Stephen Raslavich
Bankruptcy Judge