United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-14290-sr
Keith S. Madow                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jun 29, 2017
                              Form ID: pdf900          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
```
db              #+Keith S. Madow,    31504 Annes Choice Way,    Warminster, PA 18974-3372
cr               +Bernice Steinberg,    c/o Stuart P. Gelberg, Esq.,     600 Old Country Road,    Suite 410,
                   Garden City, NY 11530-2009
intp             +Deborah Madow,    c/o Stuart P. Gelberg, Esq.,    600 Old Country Road,    Suite 410,
                   Garden City, NY 11530-2009
13316875         +AMERICAN EXPRESS,    PO BOX 1270,   Newark, NJ 07101-1270
13316880          BANK OF AMERICA,    PO BOX 15796,   Wilmington, DE 19886-5796
13316879        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   BANK OF AMERICA,     PO BOX 15019,    Wilmington, DE 19886-5019)
13316882         +Bernice Steinberg,    c/o Fellheimer & Eichon LLP,    Ste 3401, Two Liberty Place,
                   50 S. 16th Street,    Philadelphia, PA 19102-2516
13316883          Bloomingdale’s,    P. O. Box 183083,    Columbus, OH 43218-3083
13316884         +Broadstone North Boca Village,    7801 N. Federal Highway,     Boca Raton, FL 33487-1709
13316885          CCH,    1201 Hamilton Avenue, Suite 200,    Torrance, CA 90502
13316886          CHASE,    PO BOX 15153,   Wilmington, DE 19886-5153
13316889        ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:   CITI CARDS,    PO BOX 182564,    Columbus, OH 43218-2564)
13316887          Chase Mortgage,    P. O. Box 53150,    Phoenix, AZ 85072-3150
13316893         +Fox Rothschild LLP,    2000 Market Street,   20th Floor,    Philadelphia, PA 19103-3222
13316895         +Howley & Basara Family Dentistry, P.C.,    412 Sumneytown Pike,     North Wales, PA 19454-2507
13316902        ++MERCEDES BENZ FINANCIAL SERVICES,     13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
                 (address filed with court:   Mercedes-Benz Financial Services,     P. O. Box 5209,
                   Carol Stream, IL 60197-5209)
13316897         +Maddow Fransham, LLC,    1787 Sentry Parkway,    Building 16,    Suite 220,
                   Blue Bell, PA 19422-2202
13316898         +Madow & Fransham, LLP,    1787 Sentry Parkway West,    Building 16,    Suite 220,
                   Blue Bell, PA 19422-2202
13316899         +Madow & Fransham, LLP,    1787 Sentry Parkway West,    Building 16,    Blue Bell, PA 19422-2239
13316900          Mercedes-Benz Financial,    P. O. Box 9001680,    Louisville, KY 40290-1680
13316901         +Mercedes-Benz Financial Services,    P.O. Box 685,    Roanoke, TX 76262-0685
13316903         +RBS Citizens,    Asset Recovery Department,    443 Jefferson Blvd, RJW-350500,
                   Warwick, RI 02886-1321
13316906         +Victory Bank,    548 North Lewis Road,    Royersford, PA 19468-1119
13316907         #Wells Fargo,    P. O. Box 6412,    Carol Stream, IL 60197-6412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:47      City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:17
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13316876         E-mail/Text: legal@arsnational.com Jun 30 2017 01:21:09      ARS National Services, Inc.,
                   P. O. Box 463023,    Escondido, CA 92046-3023
13316877         E-mail/Text: g20956@att.com Jun 30 2017 01:22:00      AT & T Mobility,    P. O. Box 537104,
                   Atlanta, GA 30353-7104
13316878        +E-mail/Text: vci.bkcy@vwcredit.com Jun 30 2017 01:21:33      Audi Financial Servicers,
                   P.O.Box 7572,    Libertyville, IL 60048-7572
13316890        +E-mail/Text: flr_bankruptcynotice@cable.comcast.com Jun 30 2017 01:22:01      Comcast,
                   P. O. Box 105184,    Atlanta, GA 30348-5184
13316896         E-mail/Text: cio.bncmail@irs.gov Jun 30 2017 01:21:07      IRS,    PO Box 7346,
                   Philadelphia, PA 19101-7346
13316900         E-mail/Text: M74banko@daimler.com Jun 30 2017 01:22:04      Mercedes-Benz Financial,
                   P. O. Box 9001680,    Louisville, KY 40290-1680
13316901        +E-mail/Text: M74banko@daimler.com Jun 30 2017 01:22:04      Mercedes-Benz Financial Services,
                   P.O. Box 685,    Roanoke, TX 76262-0685
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13316892         Deborah Madow
13316894         Howard Fransham
13316905         Steinberg Family Trust
13316881*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America, N.A.,    PO 26078,    Greensboro, NC 27420)
13316888*      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:   Citi Cards,    P. O. Box 183113,    Columbus, OH 43218-3113)
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jun 29, 2017
                              Form ID: pdf900          Total Noticed: 32

13316891      ##+Deborah Madow,    4345 Wendy Way,    Schwenksville, PA 19473-2094
13316904      ##+Rich Makler,    610 6th Street,    Mukilteo, WA 98275-1560
                                                                                          TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
```
              BONNIE B. FINKEL     finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JON M. ADELSTEIN     on behalf of Debtor Keith S. Madow jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   KEITH S. MADOW                                  :   CHAPTER 7

       DEBTOR

                                                                                            :   BKY. NO. 14-14290

## ORDER

AND NOW, this day _____ of _____ , 2017, upon consideration of Debtor's Motion to Reopen Case,

IT IS HEREBY ORDERED the above captioned case is reopened for the purpose of entertaining a Motion for Contempt for Violating the Discharge Order and after the Motion has been approved and enforced, the case shall be Reclosed.

**Dated: June 29, 2017**

                                                                              _____
                                                                              Stephen Raslavich
                                                                              Bankruptcy Judge