UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      KEITH S. MADOW            :
                                      :      BKY NO. 14-14290
                                      :
            DEBTOR                    :      CHAPTER 7

## ORDER

AND NOW this 28th day of JUNE, 2017 upon consideration of the within for Amended Motion For Contempt, it is hereby **ORDERED** that:

1. The Amended Motion is granted;
2. Howard Fransham is directed to file with the IRS corrected Forms 1099 for all years that he reported income for the Debtor which shall indicate no income was paid and provide proof of such filing within 10 days of the entry of this Order;
3. ~~Howard Fransham shall pay to the Adelstein & Kaliner, LLC law firm the sum of $_____ within 10 days of the entry of this Order; and~~
4. ~~Howard Fransham is assessed a fine in the amount of $_____, which he shall pay to the Debtor within 10 days of the entry of this Order.~~

BY THE COURT:

_____
STEPHEN RASLAVICH
United States Bankruptcy Judge