United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-14290-sr
Keith S. Madow                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 1             Date Rcvd: Jul 05, 2017
                             Form ID: pdf900           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
```
db             #+Keith S. Madow,    31504 Annes Choice Way,    Warminster, PA 18974-3372
cr              +Bernice Steinberg,   c/o Stuart P. Gelberg, Esq.,    600 Old Country Road,   Suite 410,
                  Garden City, NY 11530-2009
intp            +Deborah Madow,    c/o Stuart P. Gelberg, Esq.,    600 Old Country Road,   Suite 410,
                  Garden City, NY 11530-2009
                 Howard Fransham, CPA,    325 Sentry Pkwy, Bldg 5 W, #200,   Blue Bell, PA  19422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 06 2017 02:05:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 02:04:47
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2017 02:05:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
```
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JON M. ADELSTEIN    on behalf of Debtor Keith S. Madow jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    KEITH S. MADOW            :
                                    :    BKY NO. 14-14290
                                    :
        DEBTOR                      :    CHAPTER 7

## ORDER

AND NOW this 28th day of JUNE, 2017 upon consideration of the within for Amended Motion For Contempt, it is hereby **ORDERED** that:

1. The Amended Motion is granted;
2. Howard Fransham is directed to file with the IRS corrected Forms 1099 for all years that he reported income for the Debtor which shall indicate no income was paid and provide proof of such filing within 10 days of the entry of this Order;
3. ~~Howard Fransham shall pay to the Adelstein & Kaliner, LLC law firm the sum of $_____ within 10 days of the entry of this Order; and~~
4. ~~Howard Fransham is assessed a fine in the amount of $_____, which he shall pay to the Debtor within 10 days of the entry of this Order.~~

BY THE COURT:

_____
STEPHEN RASLAVICH
United States Bankruptcy Judge